1  Cynthia Futter (SBN 114096)
   FUTTER-WELLS, P.C.
2  2463 Ashland Avenue
   Santa Monica, CA 90405
3  Phone: 310-450-6857
   Fax: 888-907-0006
4
   Attorneys for Carbon Beach Partners, LLC
5  Defendant/Debtor in Possession

6

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                          COUNTY OF LOS ANGELES

9

| | |
|---|---|
| BUILDERS BANK, an Ill1inois banking corporation, | Case No. BC 398979 |
| Plaintiff, | Assigned for all purposes to the Honorable Barbara Meiers |
| v. | Dept. 12 |
| CARBON BEACH PARTNERS, LLC, a Delaware limited liability company; MARK ROSS, individually and as Trustee of the ROSS FAMILY TRUST Under rust Agreement dated November 16, 1999; ALLISON BROWN ROSS, as Trustee of the ROSS FAMILY TRUST Under Trust Agreement dated November 16, 1999; and DOES 1 through 100, inclusive, | **NOTICE OF NOTICE OF REMOVAL OF ACTION**<br><br>Action Filed:  September 29, 2008<br>Trial Date:      Not set. |
| Defendants. | |

   **PLEASE TAKE NOTICE** that on May 10, 2010, defendant Carbon Beach
Partners, LLC ("Debtor") filed its "Notice of Removal of State Court Action" (the
"Notice") in the United State Bankruptcy Court, Central District of California, Los
Angeles Division (the "Bankruptcy Court"), a true and correct copy of which is attached
hereto as Exhibit "A" and is incorporated herein by this reference. Accordingly, by
operation of law, removal of the above referenced Action and all claims and causes of
action therein has been effected.

NOTICE OF NOTICE OF REMOVAL

1  The parties to this Action shall proceed no further in this Court unless otherwise
2  ordered by the Bankruptcy Court.

**Dated: May 10, 2010**

                                **FUTTER-WELLS, P.C.**

                                By: *Cynthia Futter*
                                   Cynthia Futter

                              **Attorneys for Defendant/ Debtor in Possession Carbon Beach Partners, LLC**

NOTICE OF NOTICE OF REMOVAL

2

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

On May 10, 2010, I served the following document(s) described as:

**NOTICE OF NOTICE OF REMOVAL OF ACTION**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

CRAIG A. WELIN
BRUCE D. POLTROCK
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000

ROBB EVANS & ASSOCIATES
Kenton Johnson
1450 Sheldon Street
Sun Valley, California 91352-1121

ALAN M. MIRMAN
Mirman, Bubman & Nahmias LLP
21860 Burbank Boulevard, Suite 360
Woodland Hills, California 91367-7406

BUILDERS BANK
Builders Bank
225 West Wacker Drive, Suite 2000
Chicago, Illinois  60606

JEAN PIERRE NOGES, JR.
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Blvd.
Los Angeles, CA 90064
(Mark & Allison Ross)

__X__  (By Mail) I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail.

__X__  (State) I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 10th day of May 2010.

/s/ Cynthia Futter
Cynthia Futter